E-FILED
Thursday, 16 May, 2019  08:12:52 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 17-20037 |
| | ) | |
| BRENDT A. CHRISTENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ORDER TO ALLOW DEFENSE INVESTIGATORS TO INTERVIEW INMATES AT THE LIVINGSTON COUNTY JAIL**

NOW COMES the Defendant, BRENDT A. CHRISTENSEN, by and through his attorneys, and for his Motion to Allow Defense Investigators to Interview Inmates at the Livingston County Jail states as follows:

1.      Defendant Brendt A. Christensen is presently incarcerated at the Livingston County Jail in Pontiac, Illinois, awaiting trial in this cause. Trial is scheduled to begin on June 3, 2019.

2.      On or about December 14, 2018, agents with the FBI traveled to the Livingston County Jail to inspect Mr. Christensen's cell and interview his cellmates. The defense did not find out about this search until court was finished for the day, and as such, filed an Emergency Motion for an Evidentiary Hearing to discuss the cell search. (R. 187)

3.      A hearing on the Motion was not held, but on information and belief, the

1

United States Attorney's Office and/or representatives from the FBI contacted Stuart Inman, administrator of the jail, and informed him that the Motion had been filed.

4.      Defense counsel spoke with Mr. Inman shortly thereafter and he expressed displeasure that he was named in the Motion without advance notice. He also indicated that in the future, he, acting as jail administrator, would require an Order from this Court before allowing any member of the defense team to enter the jail for the purpose of interviewing witnesses.

5.      Although the defense team has reviewed the FBI 302s provided by the government concerning their interviews with Mr. Christensen's cellmates, it is incumbent upon them to do follow-up interviews and elicit information that may be helpful to Mr. Christensen at trial.

6.      Because Mr. Inman has stated that he will require a Court Order before allowing this investigation to proceed, Mr. Christensen now moves for said Order.

WHEREFORE, Defendant BRENDT A. CHRISTENSEN respectfully requests that this Court grant the Motion and enter an Order (proposed text attached hereto) to allow the defense investigators to proceed with this portion of their investigation.

Respectfully submitted,

/s/Elisabeth R. Pollock
Assistant Federal Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

/s/ George Taseff
Assistant Federal Defender
401 Main Street, Suite 1500
Peoria, IL 61602
Phone: 309-671-7891
Fax:    309-671-7898
Email: George_Taseff@fd.org

/s/ Robert Tucker
Robert L. Tucker, Esq.
7114 Washington Ave
St. Louis, MO 63130
Phone: 703-527-1622
Email: roberttuckerlaw@gmail.com

/s/ Julie Brain
Julie Brain, Esq.
916 South 2nd Street
Philadelphia, PA 19147
Phone: 267-639-0417
Email: juliebrain1@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to Assistant United States Attorneys Bryan D. Freres and Eugene L. Miller and Trial

Attorney James B. Nelson. A copy was also mailed to the defendant.

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

3